**Entered on Docket
August 27, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

___

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>EMILIO PEREIRA AND SANDRA PEREIRA,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-09-12342-bam<br>Chapter 7<br><br>WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER VACATING AUTOMATIC STAY<br>Date:   August 18, 2009<br>Time:  1:30 P.M. |

     A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce A. Markell.

1     The court having duly considered the papers and pleadings on file herein and
2 being fully advised thereon and finding cause therefor:
3     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic
4 Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by
5 Secured Creditor, of all its rights in the subject property, generally described as 529 Startop
6 Street, Henderson, Nevada 89052, and legally described as follows:
7     LOT FOUR (4) IN BLOCK EIGHT (8) OF SOUTHFORK PARCLE 3 UNIT 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 84 OF PLATS, PAGE 24, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

11 APPROVED/DISAPPROVED

12 _____
13 JAMES F. LISOWSKI, SR.
   TRUSTEE

16 /./.
17 /./.
18 /./.
19 /./.
20 /./.
21 /./.
22 /./.
23 /./.
24 /./.
25 /./.
26 /./.
27 /./.
28 /./.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒ Failed to respond. - Trustee

###

Submitted by:

/s/ Eddie R. Jimenez
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 10376
Attorney for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB